# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| Melissa Elliott<br><br>　　　Plaintiff,<br><br>v.<br><br>National Enterprise Systems, Inc.<br><br>　　　Defendant. | Case No. 1:14-cv-00816-WCG<br><br><br>**NOTICE OF SETTLEMENT** |

　　　Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　Hyslip & Taylor, LLC, LPA

　　　　　　　　　　　　　　　　　　By:　s/ Jeffrey S. Hyslip____
　　　　　　　　　　　　　　　　　　　　Jeffrey S. Hyslip
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　917 W. 18th Street
　　　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　　　Chicago, IL　60608
　　　　　　　　　　　　　　　　　　　　312-380-6110
　　　　　　　　　　　　　　　　　　　　jeffrey@lifetimedebtsolutions.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2014, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Melanie L. Reitz, Esq.
Surdyk, Dowd & Turner Co., LPA
One Prestige Place, Suite 700
Miamisburg, OH  45342

Counsel for:
National Enterprise Systems, Inc.

s/ Jeffrey S. Hyslip