# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| Melissa Elliott<br><br>    Plaintiff,<br><br>v.<br><br>National Enterprise Systems, Inc.<br><br>    Defendant. | Case No. 1:14-cv-00816-WCG<br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

    RESPECTFULLY SUBMITTED,

    Hyslip & Taylor, LLC, LPA

    By:   /s/ Jeffrey S. Hyslip
        Jeffrey S. Hyslip
        Attorney for Plaintiff
        1100 W. Cermak Rd., Suite B410
        Chicago, IL  60608
        312-380-6110
        Jeffrey@lifetimedebtsolutions.com

1
Case 1:14-cv-00816-WCG   Filed 09/30/14   Page 1 of 2   Document 7

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2014, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Melanie L. Reitz, Esq.
Surdyk, Dowd & Turner Co., LPA
One Prestige Place, Suite 700
Miamisburg, OH 45342

Counsel for:
National Enterprise Systems, Inc.

/s/ Jeffrey Hyslip